IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TASHA MONIQUE LEE, | : |
| Plaintiff | : |
| v. | : 5:07-CV-116 (WDO) |
| WARDEN TOM CHAPMAN, et al., | : |
| Defendants | : |

**ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation to dismiss Plaintiff's claims against the Georgia Department of Corrections and the Georgia State Board of Pardons and Paroles as barred by the Eleventh Amendment and because those entities are not proper parties pursuant to 42 U.S.C. § 1983. Having carefully considered the Recommendation, and Plaintiff's objections thereto, the Recommendation is ADOPTED and made the order of the Court. See Johnson v. Georgia, 2007 WL 601619, *3 (M.D. Ga. Feb. 16, 2007) (plaintiff may not bring §1983 action for monetary damages against the State, the GDOC or state officials in their official capacities) (citing Will v. Mich. Dep't of State Police, 491 U.S. 58, 71, 109 S. Ct. 2304, 2312 (1989); Edwards v. Wallace Community College, 49 F.3d 1517, 1524 (11th Cir.1995)); Worley v. Georgia Bd. of Pardons and Paroles, 932 F. Supp. 1466 n.6 (N.D. Ga. 1996) (Board of Pardons and Paroles not a "person" subject to suit under §1983).

Defendants Georgia Department of Corrections and the Georgia State Board of Pardons and Paroles are HEREBY DISMISSED and the case shall proceed as set forth in the Recommendation.

**SO ORDERED this 29th day of May, 2007.**

**S/**
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**