# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **TASHA MONIQUE LEE,** | : | |
| **Plaintiff** | : | |
| v. | : | 5:07-CV-116 (WDO) |
| **WARDEN TOM CHAPMAN, et al.,** | : | |
| **Defendants** | : | |

## ORDER

This order HEREBY AMENDS the previous order entered on May 29, 2007 at Docket Number 12 to clarify that only the DAMAGES claims against Defendants Georgia Department of Corrections and the Georgia State Board of Pardons and Paroles are dismissed and the injunctive relief claims shall proceed against all Defendants as more fully set forth in the Recommendation.

SO ORDERED this 31st day of May, 2007.


S/
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**